No. 86–211.   PICCININ v. A. H. ROBINS CO., INC., ET AL.; and
No. 86–216.   COMMITTEE OF REPRESENTATIVES OF DALKON SHIELD CLAIMANTS v. A. H. ROBINS CO., INC.   C. A. 4th Cir.

---

Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions.* Reported below: 788 F. 2d 994.